John B. ODOMS, Plaintiff–Appellant,

v.

**Howard SKOLNIK; et al.,**
**Defendants–Appellees.**

**No. 11–16604.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 26, 2012.*

Filed July 12, 2012.

John B. Odoms, Indian Springs, NV, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Clark G. Leslie, Esquire, Deputy Assistant Attorney General, AGNV–Office of the Nevada Attorney General, Carson City, NV, for Defendants–Appellees.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

### MEMORANDUM **

Nevada state prisoner John B. Odoms appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust, and for clear error its factual determinations. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed Odoms's action because he failed to exhaust administrative remedies. *See Woodford v. Ngo,* 548 U.S. 81, 85, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (holding that "proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Odoms's remaining contentions, including his challenge to the validity of Nevada Department of Corrections Administrative Regulation 740, are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.